TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00029-CV

Mark Mancin and Northland Dental, L.C., Appellants

v.

Barbara G. Ford, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT

NO. 97-08014, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING 

PER CURIAM

 Appellants and appellee have jointly moved to dismiss the appeal in this cause. We
grant the joint motion and dismiss the appeal. Appellee's pending motion to dismiss is dismissed.

Before Justices Powers, Kidd, and B. A. Smith

Appeal Dismissed on Joint Motion

Filed: March 5, 1998

Do Not Publish